USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/15/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHOSEN FIGURE LLC,<br><br>                                 **Plaintiff,**<br><br>-against-<br><br>TRENDLY, INC.,<br><br>                                 **Defendant.** | 23-cv-08931 (ALC)<br><br><br><br><u>**ORDER**</u> |

**Andrew L. Carter, Jr., United States District Judge:**

      Plaintiff Chosen Figure LLC ("Plaintiff") brings this copyright infringement action against Trendly Inc. ("Defendant"). Complaint, ECF No. 1. After Plaintiff obtained a Certificate of Default from the Clerk of the Court, they made the instant motion for default judgment against Defendant. See ECF Nos. 11-18. For the following reasons, Plaintiff's motion for default judgment is **GRANTED**.

      On March 11, 2024, the Court issued an Order to Show Cause why an order pursuant to Fed. R. Civ. P. 55 entering default judgment should not issue. ECF No. 19. Defaulting Defendants were advised that failure to respond to the Order to Show Cause would be grounds for granting a default judgment in Plaintiff's favor. *Id.* To date, Defaulting Defendants have not responded to the Order to Show Cause or otherwise participated in this action.

      Accordingly, having considered the Memorandum of Law in Support of the Motion for Default Judgment, ECF No. 18, and as the Summons and Complaint previously filed in this action, and Affidavits of Service thereof, it is hereby **ORDERED** that judgment be entered in Plaintiff's favor against Defaulting Defendant on all counts in Plaintiff's Complaints as to liability.

**SO ORDERED.**

**Dated: April 15, 2024**
      **New York, New York**

                                           **ANDREW L. CARTER, JR.**
                                           **United States District Judge**