**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
CHOSEN FIGURE LLC,

                Plaintiff,

                23 **CIVIL** 8931 (ALC)

      -against-                **DEFAULT JUDGMENT**

TRENDLY, INC.,

                Defendant.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Order dated April 15, 2024, having considered the Memorandum of Law in Support of the Motion for Default Judgment, ECF No. 18, and as the Summons and Complaint previously filed in this action, and Affidavits of Service thereof, it is hereby ORDERED that judgment is entered in Plaintiff's favor against Defaulting Defendant on all counts in Plaintiff's Complaints as to liability.

**DATED**: New York, New York
           April 15, 2024

                                                   **RUBY J. KRAJICK**
                                                    **Clerk of Court**

                                            **BY:** *K. Mango*
                                                    **Deputy Clerk**