USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _4/30/2024_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **CHOSEN FIGURE LLC.,**<br><br>                           **Plaintiff,**<br><br>-against-<br><br>**TRENDLY, INC.,**<br><br>                           **Defendant.** | **23-cv-08931 (ALC)**<br><br><br><br>**ORDER** |

**Andrew L. Carter, Jr., United States District Judge:**

On April 15, 2024, this Court granted Plaintiff default judgment against all Defendants as to liability. ECF No. 22. Defendant was ordered to show cause why the Court pursuant to Fed. R. Civ. P. 55 should not grant Plaintiff's requested damages. ECF No. 23. Defendants did not file a response.

Upon the Memorandum of Law in Support of the Motion for Default Judgment and Statement of Damages as well as the Summons and Complaint previously filed in this action, and Affidavits of Service thereof, Plaintiffs' default judgment as to damages is hereby **GRANTED**.

**SO ORDERED.**

Dated:    April 30, 2024
            New York, New York

                                                                     **ANDREW L. CARTER, JR.**
                                                                     **United States District Judge**